IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOFT PRETZEL FRANCHISE SYSTEMS INC. | : : : | |
| v. | : : | CIVIL ACTION NO. 13-3790 |
| TARALLI, INC. (a/k/a TARALLI ENTERPRISES, LLC), STEVEN M. PISASALE, and LISA A. PISASALE | : : : | |

**ORDER**

**AND NOW**, this  5th  day of   September  , 2013 upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction (ECF No. 14), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**